FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAMIE L THACKER,
Plaintiff,
v.
BROOKE ROLLINS, Secretary of United States Department of Agriculture,
Defendant.

No. 1:26-CV-03029-SAB

**ORDER DISMISSING COMPLAINT; CLOSING FILE**

On June 30, 2026, the Court notified Plaintiff her Complaint was subject to dismissal. ECF No. 5. The Court permitted Plaintiff to show cause by July 30, 2026, why the Complaint should not be dismissed. That deadline has passed, and no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 17th day of September 2026.

Stan Bastian
Chief United States District Judge